# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Albert L. Johnson,                                          Civil No. 10-419 (RHK/SRN)

              Petitioner,                         **ORDER**

vs.

U.S. Parole Commission,

              Respondent.

---

Petitioner has filed timely Objections to the July 15, 2010 Report and Recommendation of Magistrate Judge Susan Richard Nelson. Judge Nelson has recommended the denial of the Petition for Habeas Corpus Relief.

The undersigned has reviewed de novo the Report and Recommendation of Judge Nelson as well as Petitioner's Objections thereto. Based upon such review, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 11) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 10) is **ADOPTED**;

3. The Petition for Habeas Corpus Relief (Doc. No. 1) is **DENIED**;

4. Petitioner's Motion to Grant Relief and Release of Petitioner (Doc. No. 7) is **DENIED**; and

5. Petitioner's Motion to Grant Relief and Reply to Respondents [sic] Response (Doc. No. 8) is **DENIED**.

Dated: August 4, 2010

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge